USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/5/2019_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS RODRIGUEZ ALVARADO, individually and in behalf of all other persons similarly situated,

    Plaintiff,

-against-

58 WEST LLC d/b/a LOI ESTIATORIO, ALEX ANTIMISIARIS, and MARIA LOI, jointly and severally,

    Defendants.

19 Civ. 7694 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In order to allow the mediation scheduled for January 6, 2020, to take place, it is hereby ORDERED that the initial pretrial conference scheduled for December 17, 2019 is ADJOURNED to **January 15, 2020**, at **11:20 a.m.** By **January 8, 2020**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: December 5, 2019
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge