USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/9/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS RODRIGUEZ ALVARADO, individually and in behalf of all other persons similarly situated,

          Plaintiff,

-against-

58 WEST LLC d/b/a LOI ESTIATORIO, ALEX ANTIMISIARIS, and MARIA LOI, jointly and severally,

          Defendants.

19 Civ. 7694 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is hereby ORDERED that the initial pretrial conference scheduled for January 15, 2020 is ADJOURNED to **January 16, 2020**, at **12:40 a.m.**

    SO ORDERED.

Dated: January 9, 2020
       New York, New York

                              ANALISA TORRES
                        United States District Judge