# CLIFTON BUDD & DEMARIA

### ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL (212) ▬▬▬▬
FAX (212) 687-3285
www.cbdm.com

IAN-PAUL A. POULOS
ASSOCIATE
E-MAIL: IAPOULOS@CBDM.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/2020

September 23, 2020

**VIA ECF**
Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Alvarado v. 58 West LLC d/b/a Loi Estiatorio et al.*
             **1:19-cv-07694-AT**

Dear Judge Torres:

    This firm represents the Defendants in the above-referenced action. Pursuant to Paragraph I(C) of Your Honor's Individual Practices in Civil Cases, the parties write jointly to respectfully request that the briefing schedule for Plaintiff's Motion to Amend ("Motion") be adjusted by two weeks as follows. *See* ECF Doc. 38 & 39.

- From Sept. 25, 2020 to Oct. 9, 2020 for Defendants to oppose the Motion.
- From Oct. 9, 2020 to Oct. 23, 2020 for Plaintiff to reply.

    The parties make this request for an extension of the briefing schedule to allow time for discussions that may resolve this case without the need to continue motion practice. This is the first request for an extension of this deadline. Granting this extension will not affect scheduled dates other than those indicated above.

    Thank you for Your Honor's consideration.

GRANTED.  By **October 9, 2020**, Defendants shall file their opposition.  By **October 23, 2020**, Plaintiff shall file his reply.

SO ORDERED.

Dated:  September 24, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge