# CLIFTON BUDD & DeMARIA

### ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

FAX (212) 687-3285
www.cbdm.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/2020

**IAN-PAUL A. POULOS**
ASSOCIATE
E-MAIL: IAPOULOS@CBDM.COM

October 6, 2020

**VIA ECF**
Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Alvarado v. 58 West LLC d/b/a Loi Estiatorio et al.*
1:19-cv-07694-AT

Dear Judge Torres:

This firm represents the Defendants in the above-referenced action. Pursuant to Paragraph I(C) of Your Honor's Individual Practices in Civil Cases, the parties write jointly to respectfully request that the briefing schedule for Plaintiff's Motion to Amend ("Motion") be adjusted by one week as follows. *See* ECF Doc. 38 & 39.

- From Oct. 9, 2020, to Oct. 16, 2020 for Defendants to oppose the Motion.
- From Oct. 23, 2020, to Oct. 30, 2020 for Plaintiff to reply.

The Parties conferred yesterday by phone concerning this case and make this request for an extension of the briefing schedule to allow time for continued discussions that may resolve this case without the need to continue motion practice. This is the second request for an extension of this deadline. *See* ECF Doc. 42. Granting this extension will not affect scheduled dates other than those indicated above.

Thank you for Your Honor's consideration.

GRANTED. By **October 16, 2020**, Defendants shall file their opposition. By **October 30, 2020**, Plaintiff shall file his reply.

SO ORDERED.

Dated: October 6, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge