# CLIFTON BUDD & DEMARIA, LLP
### ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL (212) 687-7410  
FAX (212) 687-3285  
www.cbdm.com

IAN-PAUL A. POULOS  
ASSOCIATE  
E-MAIL: IAPOULOS@CBDM.COM

March 17, 2021

**SO ORDERED**

*[signature]*

DEBRA FREEMAN  
United States Magistrate Judge

Dated: 3/17/2021

**VIA ECF**  
Hon. Debra C. Freeman  
United States District Court  
Southern District of New York  
500 Pearl Street, Courtroom 17A  
New York, New York 10007

    Re:   *Alvarado v. 58 West LLC d/b/a Loi Estiatorio et al*.  
           **1:19-cv-07694-AT-DCF**

Dear Judge Freeman:

       This firm represents the Defendants in the above-referenced action. Pursuant to Paragraph I(B) of Your Honor's Individual Practices, the Defendants respectfully request that their deadline to address the items discussed at the March 4, 2021, conference be extended two weeks from Thursday, March 18, 2021, through and including Thursday, April 1, 2021. Due to discovery closing on another matter and class-wide discovery obligations pertaining to another case, the undersigned requires additional time to address Plaintiff's document demands and the other items discussed at the conference.

       Plaintiff consents to this request. This is the first request to extend the instant deadline. No other deadlines will be affected.

       Thank you for Your Honor's time and consideration.

                  Respectfully submitted,  
                  CLIFTON BUDD & DeMARIA, LLP  
                  *Attorneys for the Defendants*

                  By: _[signature]_____  
                      Ian-Paul A. Poulos

CC:    All Counsel of Record