# CLIFTON BUDD & DEM
## ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/2021

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

FAX (212) 687-3285
www.cbdm.com

IAN-PAUL A. POULOS
ASSOCIATE
E-MAIL: IAPOULOS@CBDM.COM

August 20, 2021

**VIA ECF**
Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Alvarado v. 58 West LLC d/b/a Loi Estiatorio et al.*
              **1:19-cv-07694-AT-DCF**

Dear Judge Torres:

    This firm represents the Defendants in the above-referenced action. The Defendants write jointly with Plaintiffs, pursuant to Paragraph I(C) of Your Honor's Individual Practices in Civil Cases, to respectfully request that the parties' deadline to request a pre-motion conference in advance of moving for summary judgment be extended thirty (30) days from Tuesday, August 20, through and including Monday, September 20, 2021, with a settlement status letter due to the Court on September 3, 2021.

    After reviewing the nine (9) deposition transcripts in this case, the parties have been actively engaged in settlement discussions. Based on the momentum of these discussions, the parties believe that their time and limited resources would be better spent for settlement rather than preparing Rule 56.1 Statements and moving for summary judgment—especially following the ongoingly difficult economic climate created by the COVID-19 pandemic.

    This is the second request to extend the summary judgment deadline. The previous extension was granted in order to allow time for the parties to review their deposition transcripts, which played an important role in encouraging settlement discussions. Thank you for Your Honor's time and consideration.

GRANTED in part, DENIED in part. By **September 7, 2021**, the parties shall file their pre-motion letters. No further extensions will be granted.

SO ORDERED.

Dated: August 23, 2021
       New York, New York

ANALISA TORRES
United States District Judge