# CLIFTON BUDD & DEMARIA, LLP

ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

IAN-PAUL A. POULOS
ASSOCIATE
E-MAIL: IAPOULOS@CBDM.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/2021
```

October 13, 2021

**VIA ECF**
Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Alvarado v. 58 West LLC d/b/a Loi Estiatorio et al.*
      **1:19-cv-07694-AT-DCF**

Dear Judge Torres:

This firm represents the Defendants in the above-referenced action. The Defendants write jointly with Plaintiffs, pursuant to Paragraph I(C) of Your Honor's Individual Practices in Civil Cases, to respectfully request that the briefing schedule for summary judgment be extended thirty (30) days as follows (ECF Doc. 89):

- Deadline for the Parties to file their respective motions for summary judgment: From October 19, 2021, through and including November 18, 2021;

- Deadline for the Parties to file their respective oppositions for summary judgment: From November 9, 2021, through and including December 9, 2021;

- Deadline for the Parties to file their respective replies for summary judgment: From November 23, 2021, through and including December 23, 2021.

After reviewing their respective 56.1 Statements and accompanying evidence, the parties have re-engaged in settlement discussions, which have been productive. Based on the momentum of these discussions, the Defendants believe that their time and limited resources would be better spent for settlement. At this juncture, the requested extension is crucial to potential resolution of this case.

This is the first request to extend the summary judgment briefing schedule.

Thank you for Your Honor's time and consideration.

GRANTED.

SO ORDERED.

Dated: October 14, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge