# CLIFTON BUDD & DeMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL (212) 687-7410  
FAX (212) 687-3285  
www.cbdm.com

IAN-PAUL A. POULOS  
ASSOCIATE  
E-MAIL: IAPOULOS@CBDM.COM

December 8, 2021

**SO ORDERED**

*[signature]*
DEBRA FREEMAN
United States Magistrate Judge

Dated: 12/8/2021

**VIA ECF**
Hon. Debra C. Freeman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: *Alvarado v. 58 West LLC d/b/a Loi Estiatorio et al.*
**1:19-cv-07694-AT-DCF**

Dear Judge Freeman:

This firm represents the Defendants in the above-referenced action. The Defendants write with Plaintiffs' consent to request an extension of time for the parties to finalize and file their settlement agreement. The parties respectfully request that the pending deadline, set for December 10, 2021, be extended to Monday, January 10, 2022. The reason for the extension is because the parties are still finalizing the terms of their agreement, and based on the number of signatures that will be required, the parties anticipate time will be necessary to submit a fully executed copy to the Court—especially during the holiday season.

This is the first request to extend this deadline. The Defendants' prior letter notified the Court of the parties' settlement. This extension will not affect any other scheduled dates. The granting of this extension will allow the parties to fully resolve the matter.

Thank you for Your Honor's consideration.

Respectfully submitted,
CLIFTON BUDD & DeMARIA, LLP
*Attorneys for the Defendants*

By: _____
Ian-Paul A. Poulos

cc: All Counsel of Record